# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00123-MR-DLH

| | |
|---|---|
| **LINDA STURDIVANT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **ARC OF HAYWOOD COUNTY, INC.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motions to Dismiss [Docs. 4, 7] and the Magistrate Judge's Memorandum and Recommendation [Doc. 27] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Defendant's motions and to submit a recommendation for their disposition.

On July 19, 2018, the Magistrate Judge filed a Memorandum and Recommendation in this case containing conclusions of law in support of a recommendation regarding the Defendant's motions. [Doc. 27]. The parties were advised that any objections to the Magistrate Judge's Memorandum

and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Defendant's Motions to Dismiss should be granted and the Plaintiff's Complaint should be dismissed.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 27] is **ACCEPTED**; the Defendant's Motions to Dismiss [Docs. 4, 7] are **GRANTED**; and the Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 3, 2018

Martin Reidinger
United States District Judge