# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Linda Sturdivant, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00123-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Arc of Haywood County, Inc., | ) | |
| | ) | |
| Defendant. | | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2018 Order.

August 3, 2018

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court